**ORDERED.**

**Dated: October 25, 2024**

_Grace E. Robson_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JAMES BAKER

JAQUELYN BAKER

    Debtors.

_____/

Case No.: 6:24-BK-04226-GER
Chapter 7

**ORDER GRANTING MASSEY SERVICES, INC.'S MOTION FOR
LIMITED RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came before this Court on negative notice on that certain *Massey Services, Inc.'s Motion for Limited Relief From the Automatic Stay* (the "Motion") (Doc. #14), and the Court having reviewed the Motion, there being no objections filed herein to the relief sought in the Motion, and the Court being otherwise fully advised, it is:

ORDERED:

1. The Motion for Relief is **Granted**.

2. Massey Services, Inc. ("Massey") is granted relief from the automatic stay solely to continue the prosecution of its injunctive relief claims in the litigation styled as *Massey Services, Inc. vs. Jaquelyn Turnage*, Orange County, Florida, Circuit Court Case No. 2024-CA5536.

3.      Massey's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted. This Order is effective upon entry.

###

*Attorney Michael S. Provenzale is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.*