**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE NO.:   6:24-bk-04226-GER

In re:

JAMES BAKER and
JAQUELYN BAKER a/k/a
JACQUELYN TURNAGE

    Debtors.
_____/

## NOTICE OF APPEARANCE

COMES NOW, J. Scott Hudson, Esquire, of the law firm of Zimmerman, Kiser & Sutcliffe, P.A., and hereby files this Notice of Appearance, as counsel of record on behalf of Defendant, MASSEY SERVICES, INC., and requests that copies of all pleadings, orders and other documents subsequently filed in this action be sent to the undersigned attorney at the email addresses indicated below:

**J. Scott Hudson, Esquire**
Zimmerman, Kiser & Sutcliffe, P.A.
P.O. Box 3000
Orlando, FL   32802
Phone:   (407) 425-7010
Facsimile:   (407) 425-2747
Emails: shudson@zkslaw.com
kgoodman@zkslaw.com
service@zkslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished via CM/ECF to: Charles W. Price, Esquire, Price Law Firm, P.O. Box 196279,

[13650-37/11225952/1]

Winter Springs, FL 32719-6279 (charlie@pricelawfirm.com), this 12th day of November, 2024.

>*/s/ J. Scott Hudson*
>J. Scott Hudson, Esquire
>Florida Bar No.:   725137
>Cheyenne T. Lewis, Esquire
>Florida Bar No.:   1039993
>ZIMMERMAN, KISER & SUTCLIFFE, P.A.
>315 E. Robinson St., Suite 600 (32801)
>P.O. Box 3000
>Orlando, FL   32802
>Telephone:   (407) 425-7010
>Facsimile:   (407) 425-2747
>Counsel for Defendant
>shudson@zkslaw.com
>kgoodman@zkslaw.com
>service@zkslaw.com

JSH/kag
13650-37